**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BUCCIE CLINE, III,**

      **Plaintiff,**

**vs.**                                **Case No.: 3:26cv565/MCR/ZCB**

**THE PEP BOYS MANNY**
**MOE & JACK LLC, et al.,**

      **Defendants.**
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on February 18, 2026. ECF No. 9. The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1

1.  The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this order.

2.  The claims asserted in Plaintiff's complaint, ECF No. 1, are **DISMISSED** because they are barred by the statute of limitations.

3.  The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 7th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**